UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LAVONNE JINKS-UMSTEAD, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 99-2691 (GK/JMF) |
| GORDON ENGLAND, SECRETARY OF THE NAVY, | ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby, ORDERED that:

1. Plaintiff's Motion to Require the Navy to Comply with the Court's Order of June 30, 2004 Requiring the Navy to Supplement Its Answers to Plaintiff's Interrogatory #4 and Memorandum in Support Thereof [#285] is **DENIED**; and it is **FURTHER ORDERED** that

2. Plaintiff's Motion to Conduct Additional Depositions, to Extend the Time for Completing Discovery, and to Require the Navy to Pay Reasonable Attorney's Fees and Costs Incurred as a Result of the Navy's Destruction of Documents and Obstruction of Plaintiff's Discovery and Memorandum in Support Thereof [#286] is **DENIED**; and it is **FURTHER ORDERED** that

3. Plaintiff's Motion for Protective Order ("Pl.'s Mot. P.O.") is **DENIED**; and it is

**FURTHER ORDERED** that

4. <u>Plaintiff's Motion to Compel the Navy to Supplement Its Initial Disclosures and Responses to Plaintiff's Request for Production of Documents ## 1, 2, 39, 55, 56, 76, and 77</u> [#303] ("Pl.'s Mot. Compel") is **GRANTED in part and DENIED in part**; and it is **FURTHER ORDERED** that

5. The parties must comply with the obligations discussed in the accompanying Memorandum Opinion within the time frames therein established.

   **SO ORDERED.**

   _____
   **JOHN M. FACCIOLA**
   **UNITED STATES MAGISTRATE JUDGE**

Dated: