UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAVONNE JINKS-UMSTEAD,**<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>**GORDON ENGLAND,**<br>**SECRETARY OF THE NAVY,**<br>　　　　Defendant. | Civ. Action No. 99-2691 (GK/JMF) |

**ORDER**

On June 30, 2004, this court ordered defendant to produce for *in camera* review all documents responsive to several court-modified document requests for which defendant claimed a privilege. Defendant timely submitted the documents for *in camera* review but apparently failed to include a privilege log. Accordingly, defendant must submit a privilege log to chambers within 10 days of this Order, or defendant's claims of privilege may be deemed waived. See Banks v. Office of the Senate Sergeant-at-Arms and Doorkeeper, 226 F.R.D. 113, 116-17 (D.D.C. 2005).

　　　　**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JOHN M. FACCIOLA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
Dated: