UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LAVONNE JINKS-UMSTEAD,** | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 99-2691 (GK/JMF) |
| **GORDON ENGLAND,** **SECRETARY OF THE NAVY,** | ) ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby, **ORDERED** that Plaintiff's Motion to Reject Claims of Attorney-Client and Work Product Privileges and Memorandum of Points and Authorities in Support Thereof [#332] is **DENIED.**

**SO ORDERED.**

_____
JOHN M. FACCIOLA
Dated:                                                                  UNITED STATES MAGISTRATE JUDGE